Michael Zoldan; AZ Bar No. 028128
Jason Barrat; AZ Bar No. 029086
James Weiler; AZ Bar No.034371
Jessica Miller; AZ Bar No. 031005
**ZOLDAN LAW GROUP, PLLC**
14500 N. Northsight Blvd. Suite133
Scottsdale, AZ 85260
Tel & Fax: 480.442.3410
mzoldan@zoldangroup.com
jbarrat@zoldangroup.com
jmiller@zoldangroup.com
jweiler@zoldangroup.com

Attorneys for Plaintiff
Heather Davenport

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| **Heather Davenport**, an Arizona resident;<br><br>Plaintiff,<br><br>v.<br><br>**SP Jedi Inc.,** an Arizona company; and **Jed Elliot**, an Arizona resident;<br><br>Defendants. | Case No. 2:18-cv-02580-SMM<br><br>**PLAINTIFF'S MOTION TO STRIKE DEFENDANTS' ANSWER**<br><br>**(Assigned to the Hon. Stephen M. McNamee)** |

Pursuant to LRCiv 7.2(m)(1), a motion to strike may be filed if it authorized by F.R.Civ.P. 37(b)(2)(A)(iii). Pursuant to F.R.Civ.P. 16(f)(1)(C), the court may issue any order authorized under Rule 37(b)(2)(A)(iii) if a party fails to obey a pretrial order. F.R.Civ.P. 37(b)(2)(A)(iii) authorizes a Court to strike a pleading in whole.

Plaintiff respectfully moves to strike Defendants' Answer to First Amended Complaint (Dkt. 34) for failing to obey the Court's Order (Dkt. 78). As set forth in greater

detail in Docket 85, Defendants failed to obey the Court's Order in Docket 78. Therefore, Plaintiff moves to strike Defendants' amended answer.

After the Court grants the motion to strike, Plaintiff would respectfully renew his request as fully set forth in Docket 85 for the Clerk or the Court to enter default against Defendants SP Jedi Inc. and Jed Elliott, pursuant to Federal Rule of Civil Procedure 55(a).

RESPECTFULLY SUBMITTED February 13, 2020.

**ZOLDAN LAW GROUP, PLLC**

By: /s/ Jason Barrat
14500 N. Northsight Blvd, Suite 133
Scottsdale, AZ 85260
Attorneys for Heather Davenport

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2018, I electronically transmitted the foregoing document to the United States District Court, District of Arizona Court Clerk, using the CM/ECF System and to the following via electronic and US mail:

Jed Elliott
5731 E. Claire Dr.
Scottsdale, AZ 85254
jed@spjedi.com

SP Jedi Inc.
3150 N. 24th St. Suite A200
Phoenix, AZ 85016

/s/ Ashley Peschke